1  McGREGOR W. SCOTT
   United States Attorney
2  LAUREL J. MONTOYA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272
5



FILED

2005 MAY 13 P 12: 39

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
         DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         )    1:04-cr-05362 AWI
                                  )
            Plaintiff,            )
                                  )    ORDER ON STATE OF CALIFORNIA
      v.                          )    WRIT FOR HABAES CORPUS AD
                                  )    PROSEQUENDUM
JOSE ANGEL RODRIGUEZ,             )
                                  )
            Defendant.            )
_____)

On January 21, 2005, the Honorable Hurl Johnson, Superior Court Judge for the State of California, County of Stanislaus, requested that the body of the above-named defendant be produced in Stanislaus County Superior Court for sentencing in the case of People v. Jose Angel Rodriguez. The sentencing hearing set for February 24, 2005 was continued at the defendant's request. The sentencing in that action is now to commence on May 26, 2005. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed in the state action, and that the next court appearance in the above-entitled case is May 23, 2005;

1

1  IT IS HEREBY ORDERED that deputies of the Stanislaus County
2  Sheriff's Office or criminal investigators of the Stanislaus
3  County District Attorney's Office may take custody of the
4  defendant on or after May 24, 2005 pursuant to the terms of the
5  writ, attached hereto, and from day to day thereafter as is
6  necessary to complete the sentencing in that case, but return him
7  to the custody of the United States Marshal immediately after his
8  sentencing hearing and no later than May 27, 2005.

9  IT IS FURTHER ORDERED that the defendant not be transported
10 to State Prison prior to being returned to the custody of the
11 United States Marshal.

12 Dated: 5/13/05

     _____
     Honorable Sandra M. Snyder
     United States Magistrate Judge